LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
clove@lkhawaii.com

Attorneys for Defendant
Alamo Rent-A-Car

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| REINA I. NAHALE,<br><br>            Plaintiff,<br><br>    vs.<br><br>ALAMO RENT-A-CAR; NISSAN NORTH AMERICA, INC.; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE JOINT VENTURES 1-10; DOE GOVERNMENTAL ENTITIES 1-10; Inclusive,<br><br>            Defendants. | CIVIL NO. CV 21-00081<br>(Motor Vehicle Tort)<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1441 AND 1446; EXHIBITS A - C; VERIFICATION; CERTIFICATE OF SERVICE |

**NOTICE OF REMOVAL OF ACTION UNDER
28 U.S.C. §§ 1332, 1441 AND 1446**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Alamo Rent-A-Car ("Defendant"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, files this Notice of Removal ("Notice") of this action from the Circuit Court of the Third Circuit, State of Hawaii, to the United States District Court for the District of Hawaii.  The grounds for removal are discussed below.

## A.  INTRODUCTION

On January 14, 2021, Reina I. Nahale ("Plaintiff") commenced this personal injury action in the Circuit Court of the Third Circuit, State of Hawaii, designated as Civil No. 3CCV-21-0000015.  A true and accurate copy of the Complaint is attached as Exhibit A.

The first time Defendant was served, or otherwise received, a copy of the Complaint attached as Ex. A was on January 22, 2021.  Accordingly, this Notice of Removal is timely filed under 28 U.S.C. §§ 1441 and 1446.

As set forth more fully below, this is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332(a) and involves a matter in controversy that exceeds the sum or value of $75,000, exclusive of interest and costs.  Therefore, pursuant to 28 U.S.C. § 1441(a), Defendant may remove this action to this Court.

### B.     THIS COURT HAS SUBJECT MATTER JURISDICTION

**1.     The Amount in Controversy Requirement Exceeds $75,000**

On February 7, 2019, Plaintiff was involved in a single car accident while a passenger in a Nissan Altima she rented from Defendant.  Plaintiff claims that as she and her husband (who was driving) approached the intersection of Kamehameha III Highway and Alii Drive on the Big Island, the rental car brakes failed, resulting in it colliding into a traffic light pole.  As a result of the accident, Plaintiff alleges that she has suffered "serious injuries" and "great pain of body and mind".  (Complaint, Ex. A, ¶20.)

This is not Plaintiff's first lawsuit relating to this accident.  On March 18, 2019, Plaintiff filed a separate lawsuit ("First Lawsuit") against her husband, Jason Nahale, relating to the same February 7, 2019 accident.  The First Lawsuit is designated as Civil # 19-1-078K, filed in the Third Circuit Court.  In the First Lawsuit Plaintiff filed a Pretrial Statement on November 27, 2019 stating that her medical bills, as of that date, totaled $34,458.76.  (Ex. B at 3.)

Plaintiff was also deposed in the First Lawsuit on August 13, 2020.  During her deposition, Plaintiff clarified that before the accident she was a full time employee at Ace Hardware earning $10.50 an hour and working 38 hours a week.  (Ex. C at 40-41.)  Plaintiff claims she is no longer employed by Ace because of the accident.  (Ex. B at 3.)

Defendant disputes any liability to Plaintiff and her alleged damages. However, based on her deposition testimony and pretrial statement in the First Lawsuit, Plaintiff's wage loss claim is $41,496 ($10.50 x 38 hours a week = $399 x 104 weeks (date of accident to present). This, added to Plaintiff's specials of $34,458.76, totals: **$75,954**. Therefore, even without adding general damages that Plaintiff is claiming (which is probably at least $50,000 or more), the amount in controversy requirement for diversity jurisdiction is satisfied.

**2.      Complete Diversity of Citizenship Exists**

There is complete diversity of citizenship between Plaintiff and Defendants in this action.

According to the Complaint, Plaintiff is a resident of Hawaii.

Defendant is trade name for a foreign (Delaware) company whose principal place of business is, upon information and belief, outside of Hawaii.

Defendant Nissan North American, Inc., is a foreign (California) company whose principal place of business is, upon information and belief, outside Hawaii.

The fact that Plaintiff has sued fictitious "Doe Defendants" does not destroy diversity. 28 U.S.C. § 1441(b) expressly provides that the citizenship of any defendant sued fictitious names shall be disregarded.

Based on the foregoing, this case should be removed to the United States District Court for the District of Hawaii pursuant to 28 U.S.C. §§ 1332 and 1441

because: (1) Plaintiff is a citizen of the State of Hawaii; (2) Defendants are not citizens of Hawaii; and (3) the amount in controversy exceeds $75,000, exclusive of costs and interest.

## C.  PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

Defendant, in good faith, believes that the amount in controversy exceeds $75,000, exclusive of costs and interest, and complete diversity of citizenship exists.

The United States District Court for the District of Hawaii embraces the county in which the state court action is now pending.  Therefore, this action is properly removed to the United States District Court for the District of Hawaii pursuant to 28 U.S.C. § 91.

Pursuant to 28 U.S.C. § 1446(a) Defendant is filing this Notice of Removal with the Complaint by Plaintiff on January 14, 2021, which is all the  process, pleadings, and orders served upon such defendant or defendants in such action.

Pursuant to 28 U.S.C. § 1446(d), Defendant is serving written notice of this removal upon all adverse parties and will file a copy of the notice with the Clerk of the State court in which this action is currently pending.

WHEREFORE, Defendant respectfully removes this action from the Circuit Court of the Third Circuit, State of Hawaii, to the United States District Court for the District of Hawaii, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

DATED: Honolulu, Hawaii,   February 9, 2021   .

                                        /s/ Chad P. Love
                                        CHAD P. LOVE
                                        BARBARA J. KIRSCHENBAUM

                                        Attorneys for Defendant
                                        Alamo Rent-A-Car