ROBERT P. MARX,
ATTORNEY AT LAW,
A LAW CORPORATION

ROBERT P. MARX #2746
688 Kinoole Street, Suite 105
Hilo, Hawaii 96720
Telephone: (808) 935-8988

Attorney for Plaintiff
REINA I. NAHALE

**Electronically Filed
THIRD CIRCUIT
3CCV-21-0000015
14-JAN-2021
10:26 AM
Dkt. 1 CMPS**

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| REINA I. NAHALE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALAMO RENT-A-CAR; NISSAN NORTH AMERICA, INC.; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE JOINT VENTURES 1-10; DOE GOVERNMENTAL ENTITIES 1-10; Inclusive<br><br>　　　　　Defendants. | Civil No.<br>(Hilo) (Motor Vehicle Tort)<br><br><br>**COMPLAINT; SUMMONS** |

## COMPLAINT

COMES NOW Plaintiff REINA I. NAHALE, by and through her attorney, ROBERT P. MARX, ATTORNEY AT LAW, A LAW CORPORATION, and for claim for relief against Defendants above-named herein alleges and avers as follows:

1. Plaintiff REINA I. NAHALE is a resident of the County and State of Hawaii;

2. JASON NAHALE is a resident of the County and State of Hawaii;

**EXHIBIT A**

3. The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE GOVERNMENTAL ENTITIES 1-10, inclusive are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names and will ask leave of court to amend this Complaint to substitute the true names and capacities when same are ascertained;

4. Defendant ALAMO RENT-A-CAR is a company licensed to rent/lease automobiles in the United States and in the State and County of Hawaii.

5. The true names and capacities, whether individual, corporate, associate or otherwise of Defendants DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE JOINT VENTURES 1-10; DOE GOVERNMENTAL ENTITIES 1-10; inclusive are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names and will ask leave of court to amend this Complaint to substitute the true names and capacities when same are ascertained;

6. Due and diligent search by Plaintiff and her counsel was done to ascertain the names and identities, and parts thereof of these unnamed Defendants JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE GOVERNMENTAL ENTITIES 1-10, inclusive;

7. Plaintiff is informed and believes, and therefore alleges that each of the specified Defendants and those designated as JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE GOVERNMENTAL ENTITIES 1-10, inclusive, are responsible in some

**EXHIBIT A**

manner for the events and happenings herein referred to, and that their negligent conduct caused the damages sustained by Plaintiff as herein alleged, either through the said Defendants or through the conduct of their agents or their permissive users;

8. At all times herein mentioned, Defendants and each of them, were acting as the agents, servants, and employees of the other Defendants herein, and each of them, were acting within the scope of the agency and employment concerned;

9. Defendant NISSAN NORTH AMERICA, INC. is a company that sells automobiles in the United States and in the State and County of Hawaii.

10. The true names and capacities, whether individual, corporate, associate or otherwise of Defendants DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE JOINT VENTURES 1-10; DOE GOVERNMENTAL ENTITIES 1-10; inclusive are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names and will ask leave of court to amend this Complaint to substitute the true names and capacities when same are ascertained;

11. Due and diligent search by Plaintiff and her counsel was done to ascertain the names and identities, and parts thereof of these unnamed Defendants JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE GOVERNMENTAL ENTITIES 1-10, inclusive;

12. Plaintiff is informed and believes, and therefore alleges that each of the specified Defendants and those designated as JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE GOVERNMENTAL ENTITIES 1-10, inclusive, are responsible in some

**EXHIBIT A**

manner for the events and happenings herein referred to, and that their negligent conduct caused the damages sustained by Plaintiff as herein alleged, either through the said Defendants or through the conduct of their agents or their permissive users;

13. At all times herein mentioned, Defendants and each of them, were acting as the agents, servants, and employees of the other Defendants herein, and each of them, were acting within the scope of the agency and employment concerned;

14. The cause of action complained of herein arose at or near Kamehameha III Highway and Alii Drive, in the City of Kailua-Kona, County and State of Hawaii, therefore this matter is properly before the Court;

15. On or about February 7, 2019, at approximately 10:35 p.m., Plaintiff REINA I. NAHALE was the passenger of a silver 2018 Nissan Altima traveling West on Kamehameha III Highway;

16. JASON NAHALE was the operator of a silver 2018 Nissan Altima traveling on West on Kamehameha III Highway; in which Plaintiff Reina Nahale was a passenger.

17. Suddenly and without warning, the Nissan Altima rented from ALAMO RENT-A-CAR that was designed, built, and placed in the stream of commerce by NISSAN NORTH AMERICA, INC. and ALAMO RENT-A-CAR, brakes failed to function and did not perform to the reasonable expectation of a consumer or user of the vehicle.

18. Defendant NISSAN NORTH AMERICA, INC. produced a defective vehicle causing injuries to Reina Nahale.

**EXHIBIT A**

19. Defendant ALAMO RENT-A-CAR placed the defective vehicle in the stream of commerce. Said vehicle failed to meet the reasonable expectation of the consumer and the brakes failed.

20. As a direct and proximate result of Defendant NISSAN NORTH AMERICA, INC., and Defendant, ALAMO RENT-A-CAR'S action's, Plaintiff REINA I. NAHALE suffered serious injuries, suffered great pain of body and mind, and incurred such injury that her bills for medical and rehabilitation services exceed the medical-rehabilitative limits of §431:10C-306(b)(4);

21. Damages sustained by Plaintiff are in excess of the minimum jurisdictional requirements of this Court.

WHEREFORE, Plaintiff REINA I. NAHALE prays for the following relief:

1. For general and special damages for Plaintiff in an amount to be proven at arbitration hearing and/or trial;

2. For pre-judgment and post-judgment interest, attorney's fees and costs as to Plaintiff;

3. For such other and further relief as this Court deems just and proper.

DATED:   Hilo, Hawaii, January _14_, 2021.

_____
ROBERT P. MARX
Attorney for Plaintiff
REINA I. NAHALE

5

**EXHIBIT A**

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| REINA I. NAHALE,<br><br>              Plaintiff,<br><br>vs.<br><br>ALAMO RENT-A-CAR; NISSAN NORTH AMERICA, INC.; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE JOINT VENTURES 1-10; DOE GOVERNMENTAL ENTITIES 1-10; Inclusive<br><br>              Defendants. | Civil No. 3CC19100078K<br>(Hilo) (Motor Vehicle Tort)<br><br>**SUMMONS** |

**SUMMONS**

STATE OF HAWAII

TO THE DEFENDANT(S):

      You are hereby summoned and required to file with the court and serve upon Plaintiff's attorney Robert P. Marx, Esq., whose address is 688 Kinoole Street, Suite 105; Hilo Hawaii 96720, an answer to the Complaint, which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.

      If you fail to make your answer within the twenty (20) day time limit, judgment by default will be taken against you for the relief demanded in the Complaint.

      Pursuant to Rule 4(b) of the Hawaii Rules of Civil Procedure, this summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a Judge of the Circuit Courts permits, in writing on the summons, personal delivery during those hours.

**EXHIBIT A**

Failure to obey the summons may result in an entry of default of judgment against the person summoned.

DATED: _____.

_____
CLERK OF THE ABOVE-ENTITLED COURT

2

**EXHIBIT A**

# NOTICE OF ELECTRONIC FILING

**Electronically Filed**
**THIRD CIRCUIT**
**3CCV-21-0000015**
**14-JAN-2021**
**10:26 AM**
**Dkt. 2 NEF**

An electronic filing was submitted in Case Number 3CCV-21-0000015. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

| | |
|---:|:---|
| **Case ID:** | 3CCV-21-0000015 |
| **Title:** | REINA I NAHALE vs. NISSAN MOTOR COMPANY AND ALAMO RENT-A-CAR |
| **Filing Date / Time:** | THURSDAY, JANUARY 14, 2021 10:26:38 AM |
| **Filing Parties:** | Robert Marx |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | 1-Complaint and Summons |
| **Supporting Document(s):** | |
| **Document Name:** | 1-COMPLAINT; SUMMONS |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:
Robert P. Marx *( ouroffice@marx-law.com )*
The following parties need to be conventionally served:
ALAMO RENT-A-CAR
NISSAN NORTH AMERICA INC

---

This filing type incurs a fee of $315.00. You must pay by credit card or in person.

# EXHIBIT A